JAMES E. TAYLOR, Appellant, *v.* ERIE RAILROAD COMPANY et al., Respondents, Impleaded with Others.

(Submitted July 3, 1934; decided October 2, 1934.)

*Elbert N. Oakes* for motion.

*Henry Hirschberg* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless undertaking is filed and appellant pays ten dollars costs within ten days after service of order, in which case motion is denied.